UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AT LAW AND IN ADMIRALTY

RCI-DINNER KEY, INC.,
A Florida Corporation,

and

MIAMI BEACH MARINA
ASSOCIATES, LTD.,
A Florida Limited Partnership,

    Plaintiffs,

vs.

M.V. "THE ATLANTIC", f/k/a
"MAX 1", her boilers, engines, tackle,
equipment, freight, appliances, apparel,
appurtenances, etc., IN REM,
MLA CRUISES, INC.,
A Delaware Corporation; and
MAJESTY ENTERPRISES OF
FLORIDA, LLC., A Florida Limited
Liability Company,

    Defendants.
_____/

CASE NO: 04-20499

CIV-MOORE

MAGISTRATE JUDGE
O'SULLIVAN

## AFFIDAVIT OF SUBSTITUTE CUSTODIAN

SOUTHERN DISTRICT OF FLORIDA
UNITED STATES OF AMERICA

ROBERT W. CHRISTOPH, being first duly sworn, deposes and says:

1. That the Affiant is familiar with the Defendant Vessel, at least to the extent of her size, type, construction material and apparent condition, and believes that RCI Marine, Inc. has adequate facilities and supervision for and can safely keep said Vessel in place of the Marshal during the pendency of the suit herein and until further order of this Court, and in this regard the Affiant states that the RCI Marine, Inc. will perform the following services for said vessel during its custodianship:

   a. It will provide fire watch and will periodically inspect mooring lines, etc.

   b. That the total charge for such service will be the sum of $6.00 dollars per foot of the Vessel per day, plus tax.

   c. That RCI Marine, Inc. has adequate liability insurance or other sufficient assets to respond in damages for loss of or injury to the Defendant Vessel during said custody or for damage to said Vessel by third parties due to the negligence of RCI Marine, Inc. or its agents or employees during said custody.

   d. Further RCI Marine, Inc. agrees to accept substitute custodianship of the Defendant Vessel, her engines, tackle, apparel, furniture, etc., and in accordance with the order entered by this Court appointing a substitute custodian.

_____
ROBERT W. CHRISTOPH, President
RCI Marine, Inc., A Florida Corporation
300 Alton Road, Suite 303
Miami Beach, FL 33139
Telephone: 305-764-8360
Facsimile: 305-573-5995

STATE OF FLORIDA        }
COUNTY OF ~~MIAMI-DADE~~ }
           Broward

The foregoing instrument was acknowledge before me this 3rd day of March, 2004 by Robert W. Christoph, President of RCI Marine, Inc., A Florida Corporation, on behalf of the Partnership. He is personally known to me or has produced _Fl Driver License_ as identification.

C623-779-42-367-0

Charles W. Power, Jr.
Commission # CC 948981
Expires June 25, 2004
Bonded Thru
Atlantic Bonding Co., Inc.

Notary Public, State of Florida