UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
IN ADMIRALTY

RCI-DINNER KEY, INC.,
a Florida Corporation,

and

MIAMI BEACH MARINA
ASSOCIATES, LTD,
a Florida Limited Partnership,

    Plaintiffs,

vs.

M.V. "THE ATLANTIC",
f/k/a "MAX I",
her boilers, engines, tackle,
equipment, freight, appliances,
apparel, appurtenances, etc.,
In Rem;
MLA CRUISES, INC.,
a Delaware Corporation;
and
MAJESTY ENTERPRISES
OF FLORIDA, LLC.,
a Florida Limited Liability Company,

    Defendants.
_____/

CASE NO.: 

04-20499
CIV-MOORE

MAGISTRATE JUDGE
O'SULLIVAN



## ORDER DIRECTING THE ISSUANCE OF THE WARRANT OF ARREST

Pursuant to Supplemental Rule (C)(1) and Local Admiralty Rule C(2)(a), the Clerk is directed to issue a Warrant of Arrest in the above-styled action.



DONE AND ORDERED at Miami-Dade County, Florida, this 4th day of March, 2004.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Stuart R. Michelson, Esq.