UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
IN ADMIRALTY

RCI-DINNER KEY, INC.,
A Florida Corporation,

and

MIAMI BEACH MARINA
ASSOCIATES, LTD,
a Florida Limited Partnership,

    Plaintiffs,

vs.

CASE NO.: 04-20499

CIV-MOORE

MAGISTRATE JUDGE
O'SULLIVAN

M.V. 'THE ATLANTIC",
f/k/a "MAX I",
her boilers, engines, tackle,
equipment, freight, appliances,
apparel, appurtenances, etc.,
In Rem,
MLA CRUISES, INC.,
a Delaware Corporation;
and
MAJESTY ENTERPRISES
OF FLORIDA, LLC.,
a Florida Limited Liability Company,

    Defendants.
_____/

### WARRANT FOR ARREST IN REM

TO:    THE UNITED STATES MARSHALL
        FOR THE UNITED STATES DISTRICT
        COURT FOR THE SOUTHERN DISTRICT OF FLORIDA



Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 03/4/04

The complaint in the above-styled in rem proceeding was filed in the Fort Lauderdale Division of this Court on the _____ day of March, 2004.

In accordance with Supplemental Rule (C) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Defendant vessel, her boats, tackle, apparel and furniture, engines and appurtenances, and to detain the same in your custody pending further order of the Court.

You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

ORDERED at __Miami_____, Florida, this ____ day of March, 2004.

CLERK

By: _____
Deputy Clerk

Stuart R. Michelson, Esq.
Florida Bar No.: 286982
LAW OFFICE OF STUART R. MICHELSON
Attorney for Plaintiffs
200 SE 13 Street
Fort Lauderdale, FL 33316
954-463-6100

ORDER: Warrant to Issue for delivery to U.S. Marshal not later than Noon of next business day following issuance.
☐ Not to be executed on legal holiday, weekend or after Noon or date preceding same.
☑ May be executed anytime or day.

_____
U. S. DISTRICT JUDGE

**SPECIAL NOTICE**

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within ten (10) days after process has been executed, and shall also be required to file an answer within twenty (20) days after the filing of this claim.

2

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).