UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AT LAW AND IN ADMIRALTY

Case No.: 04-20499 CIV MOORE

RCI-DINNER KEY, INC.,
A Florida Corporation,

and

MIAMI BEACH MARINA
ASSOCIATES, LTD.,
A Florida Limited Partnership,

    Plaintiffs,

v.

M.V. "THE ATLANTIC", f/k/a
"MAX 1", her boilers, engines, tackle,
equipment, freight, appliances, apparel,
appurtenances, etc., IN REM,:
MLA CRUISES, INC.,
A Delaware Corporation; and
MAJESTY ENTERPRISES OF
FLORIDA, LLC., A Florida Limited
Liability Company,

    Defendants.
_____/



FILED by _____ D.C.
MAG. SEC.
MAR 15 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER VACATING THE WARRANT OF ARREST AND ADOPTING THE STIPULATED INTERIM SETTLEMENT AGREEMENT

THIS CAUSE having come on to be heard pursuant to a Stipulated Interim Settlement Agreement and the Court having reviewed the file, the Stipulated Interim Settlement Agreement, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED:

1.  That the Court approves the terms and conditions of the Stipulated Interim Settlement Agreement and hereby adopts the same as part of this Order.

2.  That the Warrant for Arrest In Rem entered on March 4, 2004 against the Defendant Vessel, M.V. THE ATLANTIC f/k/a MAX I, her boilers, engines, tackle, equipment, freight, appliances, apparel, appurtenances, etc. is hereby vacated forthwith and is of no further force and effect.

3.  That the United States Marshall of the United States District Court for the Southern District of Florida, and RCI Marine, Inc., as a substitute custodian, are hereby directed to forthwith release the vessel M.V. THE ATLANTIC to the possession and custody of its title owner, the MLA CRUISES, INC.

4.  That the Court does hereby adopt the Stipulated Interim Settlement Agreement and makes the terms and conditions thereof part of this Order. Moreover, the Court specifically reiterates that portion of the Order which provides that the Defendants and its principals will be held in contempt of this Court in the event that this vessel is docked outside of the Southern District of Florida.

5.  That this Court maintains jurisdiction of this cause for all purposes, including but not limited to enforcement of the terms and conditions of the Stipulated

Interim Settlement Agreement.

DONE AND ORDERED at Miami-Dade County, Florida this 15 day of March, 2004.

_____
HON. JOHN J. O'SULLIVAN
UNITED STATES DISTRICT MAGISTRATE

Conformed Copies Furnished to:
    David M. Goldstein, Esquire
    Stuart R. Michelson, Esquire