UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY

RCI-DINNER KEY, INC.,             Case. No. 04-20499
a Florida Corporation,             CIV-Moore/Magistrate Judge O'Sullivan

and

MIAMI BEACH MARINA
ASSOCIATES, LTD.,
a Florida Limited Partnership,

    Plaintiffs,

vs.

M.V. "THE ATLANTIC",
f/k/a "MAX I",
her boilers, engines, tackle,
equipment, freight, appliances,
apparel, appurtenances, etc.,
In Rem:
MLA CRUISES, INC.,
a Delaware Corporation,
and
MAJESTY ENTERPRISES
OF FLORIDA, LLC,
a Florida Limited Liability Company,

    Defendants.

_____/

## VERIFIED STATEMENT OF RIGHT AND INTEREST

Pursuant to Supplemental Rule C(6)(b), Local Admiralty Rule C(6), and this Court's Warrant for Arrest in Rem, dated March 4, 2004, Valentin Laskov, ("Laskov") by and through undersigned counsel, hereby files this Verified Statement of Right and Interest, and in support thereof states as



-1-



follows:

1.  By virtue of being a 10% shareholder of Defendants MLA Cruises, Inc., and Majesty Enterprises of Florida, LLC, Laskov has an interest in "The Atlantic" that supports a demand for restitution of his interest therein.

2.  By virtue of having loaned Defendants MLA Cruises, Inc., and Majesty Enterprises of Florida, LLC $400,000.00, Laskov has an interest in "The Atlantic" that supports a demand for restitution of his interest therein.

3.  Sergei Perotine ("Perotine") is Attorney-In-Fact for Laskov, and as such has the authority to file this Verified Statement of Right and Interest on behalf of Laskov.

4.  The signing of this Verified Statement of Right and Interest by Perotine is authorized by Valentin, both explicitly, and by virtue of a Power of Attorney given to Perotine by Laskov.

WHEREFORE, Laskov demands restitution of his interest in "The Atlantic."

I hereby verify that this Verified Statement of Right and Interest is true and accurate.

_____
Valentine Laskov,
By Sergei Perotine, his Attorney-In-Fact

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof was furnished via facsimile and U.S. Mail to: **Stuart R. Michelson**, Esquire, 200 S.E. 13th Street, Fort Lauderdale, Florida 33316, Facsimile No. 954-463-6100, **Robert W. Christoph**, President, RCI Marine, Inc., a Florida Corporation, 300 Alton Road, Suite 303, Miami Beach, FL 33139, Facsimile No. 305-573-5995, and **David Michael Goldstein**, Esquire, 200 S. Biscayne Blvd., Suite 1880, Miami, FL 33131, Facsimile No. 305-577-8232, this 16th day of March, 2004.

GUNSTER, YOAKLEY & STEWART, P.A.
Attorneys for Valentin Laskov
Phillips Point
777 South Flagler Drive
Suite 500 East
West Palm Beach, FL 33401
561-655-1980-Phone
561-655-5677-Facsimile

By: _____
JOHN F. MARIANI
Florida Bar No. 263524
jmariani@gunster.com
BRYAN S. MILLER
Florida Bar No. 0312230
bmiller@gunster.com

758789.1