UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AT LAW AND IN ADMIRALTY

Case No.: 04-20499 CIV MOORE

RCI-DINNER KEY, INC.,
A Florida Corporation,

and

MIAMI BEACH MARINA
ASSOCIATES, LTD.,
A Florida Limited Partnership,

    Plaintiffs,

v.

M.V. "THE ATLANTIC", f/k/a
"MAX 1", her boilers, engines, tackle,
equipment, freight, appliances, apparel,
appurtenances, etc., IN REM,:
MLA CRUISES, INC.,
A Delaware Corporation; and
MAJESTY ENTERPRISES OF
FLORIDA, LLC., A Florida Limited
Liability Company,

    Defendants.
_____/

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs, RCI Dinner Key, Inc. and Miami Beach Marina Associates,

LTD., (collectively "Plaintiffs"), hereby request this Honorable Court to enter a

1

default judgment against Defendants, M.V. "THE ATLANTIC", f/k/a "MAX 1", MLA CRUISES, INC., and MAJESTY ENTERPRISES OF FLORIDA, LLC, (collectively "Defendants"), and state as follows:

1.  On June 11, 2004, Defendants' counsel filed a Motion to Withdraw and Request for an Extension of Time for Defendant to Secure New Counsel.

2.  On July 12, 2004, this Court entered an order granting the Motion to Withdraw and Request for an Extension of Time, and provided that Defendants "shall have thirty (30) days from today's date to secure new counsel."

3.  The July 12 Order further states:

    <u>In the event that the defendant should fail to retain new counsel</u> or in the event that new counsel fails to enter a formal appearance with this Court within thirty days of today's date, the <u>Court may, either based on plaintiff's motion or *sua sponte*, enter an Order striking the defendant's pleadings and enter default in favor of the plaintiff</u>.
    (Emphasis added.)

4.  The thirty-day period granted to the Defendants to obtain new counsel expired on August 11, 2004.

5.  As of this date, there has been no formal appearance entered by any new counsel on behalf of the Defendants.

6.  Therefore, Plaintiffs request this Honorable Court to enter a default judgment against Defendants pursuant to this Court's July 12, 2004, Order.

WHEREFORE, Plaintiffs, RCI Dinner Key, Inc., and Miami Beach Marina Associates, LTD., hereby request this Honorable Court to enter a default judgment against Defendants, M.V. "THE ATLANTIC", f/k/a "MAX 1", MLA CRUISES, INC., and MAJESTY ENTERPRISES OF FLORIDA, LLC.

Respectfully submitted,

LAW OFFICE OF STUART MICHELSON
Attorney for Plaintiffs
200 SE 13TH Street
Fort Lauderdale, FL 33316
Telephone: 954-463-6100
Facsimile: 954-463-5599

By: _____
Stuart R. Michelson
FBN: 286982

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered in open court to opposing counsel and sent US Mail to: Jacqueline Becerra, Esquire, Greenberg Traurig, PA, 1221 Brickell Avenue, Miami, FL 33131 on the 23rd day of September, 2004.

_____
Stuart Michelson, Esquire