

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AT LAW AND IN ADMIRALTY

Case No.: 04-20499 CIV MOORE

RCI-DINNER KEY, INC.,
A Florida Corporation,

and

MIAMI BEACH MARINA
ASSOCIATES, LTD.,
A Florida Limited Partnership,

    Plaintiffs,

v.

M.V. "THE ATLANTIC", f/k/a
"MAX 1", her boilers, engines, tackle,
equipment, freight, appliances, apparel,
appurtenances, etc., IN REM,:
MLA CRUISES, INC.,
A Delaware Corporation; and
MAJESTY ENTERPRISES OF
FLORIDA, LLC., A Florida Limited
Liability Company,

    Defendants.
_____/

## STIPULATED MOTION FOR DISMISSAL

Plaintiffs, RCI Dinner Key, Inc. and Miami Beach Marina Associates, Ltd., and Defendants, M.V. "The Atlantic" f/k/a "Max 1", In Rem, MLA Cruises, Inc., and Majesty Enterprises of Florida, LLC., by and through their respective undersigned counsel, hereby stipulate and agree that the within matter has been

1



settled amicably and that the within action should be dismissed, each party to bear their own attorneys' fees and costs.

WHEREFORE, the parties jointly move for a dismissal, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| Greenberg Traurig LLP Miami<br>Attorney for Defendants<br>1221 Brickell Avenue<br>Miami, FL 33131<br>Telephone: 305-579-0500<br>Facsimile:   305-579-0717<br><br>By: _____<br>   Jacqueline Becerra<br>   Fla. Bar No.: 25135 | Law Office of Stuart R. Michelson<br>Attorney for Plaintiffs<br>200 SE 13th Street<br>Fort Lauderdale, FL 33316<br>Telephone: 954-463-6100<br>Facsimile:   954-463-5599<br><br>By: _____<br>   Stuart R. Michelson<br>   Fla. Bar No.: 286982 |