UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
IN ADMIRALTY

RCI-DINNER KEY, INC.,
A Florida Corporation,

and

CASE NO.: 04-20499
CIV - MOORE
Magistrate - O'Sullivan

MIAMI BEACH MARINA
ASSOCIATES, LTD.,
A Florida Limited Partnership,

      Plaintiffs,

v.

M.V. "THE ATLANTIC", f/k/a
"MAX 1", her boilers, engines, tackle,
equipment, freight, appliances, apparel,
appurtenances, etc., IN REM,:
MLA CRUISES, INC.,
A Delaware Corporation; and
MAJESTY ENTERPRISES OF
FLORIDA, LLC., A Florida Limited
Liability Company,

      Defendants.



_____/

## MOTION TO REOPEN CASE AND SET STATUS CONFERENCE

    Plaintiffs, RCI Dinner-Key, Inc., and Miami Beach Marina Associates, Ltd.,

move the Court to enter an Order directing the Clerk to reopen this case and

Plaintiffs further request that a status conference be set, and in support thereof

Plaintiffs would show unto the Court as follows:

1.    This matter was settled on or about October 4, 2004.

2.    Unfortunately, on November 14, 2004, Defendants defaulted on material terms of the settlement agreement between the parties.   As of this date, the Defendants are in arrears on their obligation to the Plaintiffs in the sum of One Hundred Twenty Five Thousand Four Hundred Thirty Two ($125,432.00) dollars.

3.    Plaintiffs respectfully request that this Court will direct the Clerk to reopen this case and that the Court will further schedule a status conference so that the Plaintiffs may determine if it will be necessary to re-arrest the Defendant vessel and ask that this matter be set for trial.

4.    Plaintiffs would show unto the Court that they have gone to great efforts to resolve this matter amicably.   This has involved a great deal of negotiation, waiting, and compromise.

5.    If the Defendants are unable to comply with the terms of the settlement between the parties, Plaintiffs will seek to re-arrest the Defendant vessel and to have this matter set for trial.

WHEREFORE, Plaintiffs move the Court to enter an Order directing the Clerk to reopen this case and Plaintiffs further request that the Court set this matter for a status conference.

Respectfully submitted,

LAW OFFICE OF STUART MICHELSON
200 S.E. 13TH STREET
Fort Lauderdale, FL 33316
Tel: (954) 463-6100
Fax: (954) 463-5599


By: _____
Stuart R. Michelson
Florida Bar No.: 286982


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was deposited in the US Mail addressed to:  Jacqueline Becerra, Esquire, Greenberg Traurig Miami 1221 Brickell Avenue, Miami, FL 33131 on the 17th day of December, 2004.



_____
Stuart R. Michelson

3