

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY

**RCI-DINNER KEY, INC.**,
a Florida Corporation, and
**MIAMI BEACH MARINA ASSOCIATES,
LTD.**, a Florida limited partnership

     Plaintiffs,

v.

**M.V. "THE ATLANTIC"**, f/k/a **"MAX 1"**,
her boilers, engines, tackle, equipment, freight,
appliances, apparel, appurtenances, etc.,
**IN REM,: MLA CRUISES, INC.**, a Delaware
Corporation; and **MAJESTY ENTERPRISES
OF FLORIDA, LLC.**, a Florida limited
liability company,

     Defendants.
_____/

CASE NO. 04-20499-CIV-MOORE
MAGISTRATE JUDGE O'SULLIVAN

## RESPONSE TO MOTION TO REOPEN CASE AND SET STATUS CONFERENCE

     Defendants, M.V. "The Atlantic", MLA Cruises, Inc., and Majesty Enterprises of Florida, LLC, by and through undersigned counsel, and in accordance with this Court's Order dated January 19, 2005, hereby file their Response relative to the Plaintiffs pending Motion to Reopen Case and Set Status Conference, and in support thereof would state as follows:

     1.     On or about December 17, 2004, Plaintiffs filed their Motion to Reopen Case and Set Status Conference (the "Motion to Reopen").

NON-COMPLIANCE OF S.D. Ga. L.R. _5.1(B)_



CASE NO. 04-20499-CIV-MOORE

2. Thereafter, this Court entered its Order and Notice of Hearing dated January 19, 2005 (the "Order") requiring the Defendants to file a Notice of Appearance and submit a response to the Motion to Reopen on or before February 18, 2005.

3. At the present time, there are disputes between the parties as a result of certain defaults. However, the parties have continuously been in the process of attempting to amicably resolve the issues.

4. Although the settlement discussions are continuing, there is no resolution of the issues currently existing between the parties and therefore the Defendants have no good faith basis to oppose the Plaintiffs request to reopen this proceeding.

**WHEREFORE**, Defendants, M.V. "The Atlantic", MLA Cruises, Inc., and Majesty Enterprises of Florida, LLC, hereby submit their response relative to Plaintiffs' Motion to Reopen Case and Set Status Conference.

Respectfully submitted,

_____
Alan J. Perlman
Fla. Bar No. 0826006
Allan R. Kelley
Fla. Bar No. 309893
FOWLER WHITE BURNETT P.A.
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

2

CASE NO. 04-20499-CIV-MOORE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. mail on February 17, 2005 to: **Stuart R. Michelson, Esquire,** Law Office of Stuart Michelson, 200 S.E. 13th Street, Fort Lauderdale, FL 33316.

_____
Alan J. Perlman

[vwk] W:\66963\RESPON02.ARK

FOWLER WHITE BURNETT P.A. • ESPIRITO SANTO PLAZA, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131-3302 • (305) 789-9200