UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL CALENDAR MINUTES

UNITED STATES JOHN J. O'SULLIVAN         DATE: 4/4/05

CASE NO: 04-20499-CIV-MOORE              COURTROOM   EAST

TIME: 10:00 A.M.                         END: 10:30

STYLE RCI DINNER KEY V. M/V THE ATLANTIC

ATTORNEY(S)/PLTF  Stuart Michaelson      ATTORNEY(S)/DEFT  Mike [illegible]

PROCEEDING **MOTION TO REOPEN CASE**

One Bench trial to take place in
by June — Date, time to decided
by Court in the form of an order.

CT. REPORTER:

MAGISTRATE CLERK: [signature]

05E-17-[illegible]