UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AT LAW AND IN ADMIRALTY

NIGHT BOX FILED
APR 11 2005
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

Case No.: 04-20499
CIV-MOORE
MAGISTRATE: O'SULLIVAN

RCI-DINNER KEY, INC. a Florida
corporation, et al.

       Plaintiffs,

v.

M.V. "THE ATLANTIC", f/k/a "MAX I",
her boilers, engines, tackle, equipment,
freight, appliances, apparel, appurtenances,
etc., In Rem,

and

MLA CRUISES, INC., a Delaware
Corporation, et al.

       Defendants.
_____/

## CONSENT AND INDEMNIFICATION AGREEMENT FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN

Plaintiffs, RCI-DINNER KEY, INC. and MIAMI BEACH MARINA ASSOCIATES, LTD., by and through the undersigned counsel, and RCI MARINE, INC., the proposed substitute custodian, hereby expressly release the United States Marshal for the Southern District, and the United States Marshal's Service, for any and all liability and responsibility for the care and custody of THE ATLANTIC while in the hands of the substitute custodian, RCI MARINE, INC.

*RCI-DINNER KEY, INC., et al. v. MV THE ATLANTIC*
USDC Case No.: 04-20499

  Plaintiffs and RCI MARINE, INC. also expressly agree to hold the United States Marshal for the Southern District and the United States Marshal Service, harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

  As counsel of record in this action, the undersigned attorney represents that he has been expressly authorized by the Plaintiff to sign this Consent and Indemnification Agreement for, and on behalf of the Plaintiffs.

  SIGNED this 11th day of April, 2005 at Miami-Dade, _____ County, Florida.

_____
STUART R. MICHELSON
Fla. Bar No.: 286982
LAW OFFICE OF STUART R. MICHELSON
Attorney for Plaintiffs
200 SE 13 Street
Fort Lauderdale, FL 33316
Telephone: 954-463-6100
Facsimile:  954-463-5599

SUBSTITUTE CUSTODIAN
Robert W. Christoph, Sr, Pres.
RCI Marine Inc, a FL Corp.
300 Alton Road, Suite 303
  Miami Beach, FL 33139
Telephone: 305-764-8360
Facsimile:  305-673-5995

cc: Alan Pearlman, Esquire

2