AO 440 (Rev. 10/2002) Summons in a Civil Case

2005 APR 22 AM 10: 04

# UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number: 04-20499 Civ Moore

RCI-DINNER KEY, INC., a Florida corporation, and
MIAMI BEACH MARINA ASSOCIATES, LTD., a Florida Limited Partnership.

Plaintiff

v.

M.V. "THE ATLANTIC", f/k/a "MAX I", her boilers, etc. In Rem, et al.

Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Paramount Global Holdings, Inc.
by serving its President
Michael Cohen, Esquire
608 Fifth Avenue, Suite 300
New York, NY 10020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stuart R. Michelson
200 SE 13th Street
Fort Lauderdale, FL 33316

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

Martha Diaz

(BY) DEPUTY CLERK

4/22/05

DATE

58
MH

AO 440 (Rev. 10/2002) Summons in a Civil Case (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (*specify*): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________

Date Signature of Server

______________________

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.