

FILED by MC   D.C.

ELECTRONIC

**Jun 13 2005**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AT LAW AND IN ADMIRALTY

Case No.: 04-20499
CIV-MOORE
MAGISTRATE: O'SULLIVAN

RCI-DINNER KEY, INC. a Florida
corporation, et al.

       Plaintiffs,

v.

M.V. "THE ATLANTIC", f/k/a "MAX  I",
her boilers, engines, tackle, equipment,
freight, appliances, apparel, appurtenances,
etc., In Rem,

and

MLA CRUISES, INC., a Delaware
Corporation, et al.

       Defendants.

_____/

## BILATERAL PRE-TRIAL STIPULATION

Plaintiffs, RCI Dinner Key, Inc. and Miami Beach Marina Associates

Limited  (hereinafter referred to as "Plaintiffs"), and Defendants, M.B. Cruises,

LLC, M.V. The Atlantic, MLA Cruises, Inc., Southeast Cruise Holdings, LLC, and

Majesty Enterprises of Florida, LLC (hereinafter referred to as "Defendants"), by

1

*RCI Dinner Key, et al. v. M.V. The Atlantic, et al*
USDC Case No.: 04-20499

and through undersigned counsel, pursuant to Local Rule 16.1E, file this bilateral

pre-trial stipulation with the Court as follows:

1.      Plaintiffs' Amended Verified Complaint alleges a claim by

MBMA for foreclosure of a Second Preferred Ship's Mortgage and breach of a

Lease (Count I).   Plaintiffs also seek relief for breach of a maritime note and

foreclosure of a First Preferred Ship Mortgage against all Defendants (Count II).

2.      The basis of Federal jurisdiction is 28 USC § 1333 as this is a case

cognizable within the Court's admiralty and maritime jurisdiction. Rule 9(h),

Federal Rules of Civil Procedure.

3.      The pleading raising the issues is the Plaintiffs' Amended Verified

Complaint.

4.      A list of all undisposed motions and other matters requiring action

by the Court:

        A.      Amended Motion to Arrest the Vessel MV The Atlantic.

        B.      Motion for Default against Paramount Global Holdings,

        Inc.

5.      Concise statement of uncontested facts which require no proof at

trial:

        A.      Plaintiff, RCI Dinner Key, Inc. was and at all times

2

*RCI Dinner Key, et al. v. M.V. The Atlantic, et al*
USDC Case No.: 04-20499

material hereto is a Florida Corporation authorized to do business in and is doing business in the State of Florida with a place of business in Miami-Dade County, Florida.

B.   Plaintiff, Miami Beach Marina Associates, Ltd. was and at all times material hereto is a Florida Limited Partnership authorized to do business in and is doing business in the State of Florida with a place of a business in Miami-Dade County, Florida.

C.   The Defendant Motor Vessel "The Atlantic" is a sea going vessel which is presently docked at the Miami Beach Marina located at 300 Alton Road, Miami Beach, Florida which is within the jurisdiction of this Court and is 196 3/10ths feet in length and bears official registration number 634676.

6.   Statement of Facts which remain to be litigated at trial:

A.   Whether MB Cruises defaulted under the Marine Note and Security Agreement by failing to timely make the payments due on November 15, 2004 and on the 15th of each month thereafter.

3

*RCI Dinner Key, et al. v. M.V. The Atlantic, et al*
USDC Case No.: 04-20499

B.     Whether MB Cruises, LLC. defaulted under the Note and

        Mortgage by failing to timely make the second principal

        payment due on November 30, 2004.

C.     Whether MB Cruises, LLC. defaulted under the Lease between

        the parties by failing to timely pay rent due on December 1,

        2004 and on the first of each month thereafter.

D.     Whether Plaintiffs complied with all requirements of the

        Federal Maritime and Commercial Instruments Lien Act.

E.     Whether the services and supplies allegedly provided by the

        Plaintiffs qualify as necessaries furnished to the vessel.

F.     The nature, extent and amount of Plaintiffs' lien.

G.     Plaintiff RCI holds a First Preferred Ship's Mortgage on the

        Defendant Vessel.

        i.      Plaintiff RCI initially loaned MLA two million

                ($2,000,000.00) dollars and took the mortgage as

                security.

        ii      RCI subsequently made an additional advance of seven

                hundred sixty seven thousand ($767,000.00) dollars to

                bring the total principal indebtedness under the First

4

*RCI Dinner Key, et al. v. M.V. The Atlantic, et al*
USDC Case No.: 04-20499

Preferred Ship Mortgage to two million seven hundred

sixty seven thousand ($2,767,000.00) dollars.

H.    The Marine Note and First Preferred Ship Mortgage

Assumption, additional advance and modification agreement

were recorded with the National Vessel Documentation

Center.

I.    MBMA holds a Second Preferred Ship Mortgage on the

Defendant Vessel, which mortgage was entered into as

security for certain obligations under a Lease of wharfage and

other premises for the vessel.   The Second Preferred Ship

Mortgage and Security Agreement are recorded with the

National Vessel Documentation Center.

7.    Issue of Law were there is agreement.

A.    The Court has jurisdiction of this matter pursuant to 28 USC §

1333.

B.    MBMA seeks to foreclose a First and Second Preferred Ship's

Mortgage according to the Federal Maritime Commercial

Instrument and Lien Act, 46 USC §31301-31342.

8.    Issues of Law for Determination by the Court

5

*RCI Dinner Key, et al. v. M.V. The Atlantic, et al*
USDC Case No.: 04-20499

A.    Whether Plaintiffs complied with all requirements of the

Federal Maritime Commercial Instrument and Lien Act.

B.    Whether Plaintiffs have a maritime lien against the Defendant

Vessel for the lease of office space and provision of office

supplies.

C.    Any issues as set forth in paragraph six above to the extent

that they involve issues of law.

9.   Attached hereto is Plaintiffs' List of Trial Exhibits other than

impeachment exhibits.

10.  Attached hereto is Plaintiffs' numbered List of Trial Witnesses.

11.  Estimated Trial Time: Two (2) Hours (Non-Jury)

12.  Plaintiffs' Attorneys' Fees: Fifty Thousand ($50,000.00) dollars.

Defendants contend that Plaintiffs are not entitled to recover

attorneys' fees against the Vessel.  Attorney Fees' on *in personam*

basis are subject to proof thereof.

Respectfully submitted,


<u>Alan Perlman, Esquire "s/."</u>          <u>Stuart R. Michelson, Esquire "s/."</u>
Alan Perlman, Esquire               Stuart R. Michelson
Fla. Bar No.: 0826006               Fla. Bar No.: 286982
Fowler White Burnett, PA     LAW OFFICE OF STUART R. MICHELSON
Attorney for Defendants, Attorney for Plaintiffs

6

*RCI Dinner Key, et al. v. M.V. The Atlantic, et al*
USDC Case No.: 04-20499

MV The Altantic, MLA
Cruises, Inc., Majesty
Enterprises of Florida, LLC.,
and Southeast Cruise
Holdings, LLC.
1395 Brickell Avenue, 14th Fl
Miami FL 33131-3302
Telephone: 305-789-9200
Facsimile: 305-789-9201

RCI Dinner Key, Inc. and Miami Beach Marina
Associates, Ltd.
200 SE 13th Street
Fort Lauderdale, FL 33316
Telephone: 954-463-6100
Fort Lauderdale, FL 33316
Telephone: 954-463-6100
Facsimile:   954-463-5599

7

## PLAINTIFFS' EXHIBIT LIST

1.      Consent to Assignment of Lease dated 6/7/04 with attachments

4.      Marina Lease dated 1/31/02 with attachments

5.      Marina Lease Amendment dated 7/1/03

6.      Letter dated 3/22/05 Re: Notice of Failure to Timely Pay Rent Due Under Lease

7.      Letter dated 3/22/05 Re: Default under Marine Note and Security Agreement and First Preferred Ship's Mortgage and Security Agreement

8.      Letter dated 3/22/05 Re: Notice of Failure to Timely Pay Rent Due Under Lease and Demand under Guaranty

9.      Letter dated 3/22/05 Re: Default under Marine Note and Security Agreement and First Preferred Ship's Mortgage and Security Agreement and Demand under Guaranty

10.     Third Preferred Ship Mortgage dated 6/10/04

11.     Intercreditor and Subordination Agreement

12.     Guaranty dated 6/11/04 Re: $2,000,000 loan

13.     Guaranty dated 6/11/04 Re: Lease

14.     Marine Note and Security Agreement dated 4/11/03 Re: $2,000,000 loan

15.     Marine Note and First Preferred Ship's Mortgage Assumption, Additional Advance and Modification Agreement dated 6/11/04

8

*RCI Dinner Key, et al. v. M.V. The Atlantic, et al*
USDC Case No.: 04-20499

16.    Preferred Ship Mortgage and Security Agreement Assumption Agreement dated 6/11/04

17.    Preferred Ship Mortgage and Security Agreement dated 4/22/03

18.    U.S. Certificate of Documentation for "The Atlantic" dated 5/31/04

19.    Promissory Note dated 11/03 in the amount of $1,760,000

20.    Stockholders Agreement of MLA Cruises, Inc. and Majesty Enterprises of Florida, LLC

21.    Collateral Assignment of MLA Cruises, Inc. Stock dated 11/03.

22.    Marine Note and First Preferred Ship's Mortgage Assumption, Advance and Modification Agreement dated 6/11/04.

-9-

*RCI Dinner Key, et al. v. M.V. The Atlantic, et al*
USDC Case No.: 04-20499

## **PLAINTIFFS' WITNESS LIST**

1.   Robert Christoph, Sr. (Expected to be called)
     RCI Marine
     300 Alton Road, Suite 303
     Miami Beach, FL 33139

23.  Suzanne Amaducci (Expected to be called)
     200 South Biscayne Blvd.
     Suite 2500
     Miami, FL 33131

24.  Robert Christoph, Jr. (Expected to be called)
     RCI Marine
     300 Alton Road, Suite 303
     Miami Beach, FL 33139

25.  All parties to the case.

26.  Any and all other witnesses called at trial by any other parties to the case.

-10-

*RCI Dinner Key, et al. v. M.V. The Atlantic, et al*
USDC Case No.: 04-20499

## **DEFENDANTS' EXHIBIT LIST**

1.    Any and all exhibits placed into evidence at trial by any other parties
to the case.

-11-

*RCI Dinner Key, et al. v. M.V. The Atlantic, et al*
USDC Case No.: 04-20499

## **DEFENDANTS' WITNESS LIST**

1.    A Representative of each Defendant.

2.    Any and all other witnesses called at trial by any other parties to the case.

-12-