UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AT LAW AND IN ADMIRALTY

Case No.: 04-20499
CIV-MOORE
MAGISTRATE: O'SULLIVAN

RCI-DINNER KEY, INC. a Florida
corporation,

and

MIAMI BEACH MARINA
ASSOCIATES, LTD, a Florida
Limited Partnership,

      Plaintiffs,

v.

M.V. "THE ATLANTIC", f/k/a "MAX I",
her boilers, engines, tackle, equipment,
freight, appliances, apparel, appurtenances,
etc., In Rem,

and

MLA CRUISES, INC., a Delaware
Corporation; and MAJESTY ENTERPRISES OF
FLORIDA, LLC., a Florida Limited Liability
Company,
      Defendants.

_____/

**FILED by** _____ D.C.
JUN 16 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## MOTION FOR DEFAULT

Plaintiffs, RCI Dinner Key and Miami Beach Marina Associates, Ltd.,

pursuant to Federal Rule of Civil Procedure 55(a), hereby move for entry of a

1

Duplicate Original

*RCI Dinner Key, et al. v. M.V. The Atlantic, et al.*
USDC Case No.: 04-20499

default by the clerk against Defendant, Paramount Global Holdings, Inc. for

failure to serve any paper on the undersigned or file any papers required by law.

*See* Federal Rule of Civil Procedure 12(a)(1)(A). A copy of the service of

process on the Defendant is attached hereto as "Exhibit A".

Dated on the 27 day of May, 2005.

Respectfully submitted,

Law Office of Stuart R. Michelson
Attorney for Plaintiffs
200 SE 13th Street
Fort Lauderdale, FL 33316
Telephone: 954-463-6100
Facsimile: 954-463-5599

By: _____
Stuart R. Michelson
Fla. Bar No.: 286982
James J. Birch
Fla. Bar No.: 588555

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was
deposited into the US Mail to: Attorney for the M.V. The Atlantic, MLA Cruises,
Inc., and Majesty Enterprises of Florida, LLC., Alan J. Perlman, Esquire, Fowler
White Burnett, PA, 1395 Brickell Avenue, 14th Floor, Miami, FL 33131-3302 and
Attorney for Bradford Marine, Inc., C. Robert Murray, Jr. GEORGE, HARTZ,
LUNDEEN, FULMER, JOHNSTONE, KING & STEVENS, 2866 East Oakland
Park Blvd., Fort Lauderdale, FL 33306 on the 27 day of May, 2005.

_____
Attorney

2

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 04-20499CIV-MOORE

Plaintiff:
**RCI-DINNER KEY, INC, ET AL**
vs.
Defendant:
**M.V. "THE ATLANTIC", ET AL**

For: Stuart R. Michelson, Esquire
　　 LAW OFFICE OF STUART R. MICHELSON

Received by STERLING PROCESS SERVICES, INC. on the 25th day of April, 2005 at 9:15 am to be served on PARAMOUNT GLOBAL HOLDINGS INC. BY SERVING ITS PRESIDENT: MICHAEL COHEN, ESQUIRE-608 FIFTH AVE., SUITE 300, NEW YORK, NY 10020. I, _Roger Marien_, being duly sworn, depose and say that on the _2_ day of _May_, 20_05_ at _1:30p_ .m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL CASE** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: BY SERVING _____ AS _____
OF THE WITHIN-NAMED AGENCY.

( ) SUBSTITUTE SERVICE: BY SERVING _____ AS
_____.

**THE COHEN LAW FIRM**
A PROFESSIONAL CORPORATION

**BRYAN J. COHEN**
ATTORNEY AT LAW

608 FIFTH AVENUE
SUITE 300
NEW YORK, NY 10020

TEL (212) 582-9172
FAX: (212) 202-4464
TheCohenLawFirm@aol.com

RYAN J. COHEN ___ AS
_____.

COMMENTS BELOW BY SERVING
_____.

FILED IN THE COMMENTS BELOW.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _3_ day of _May_, _2005_ by the affiant who is personally known to me.

NOTARY PUBLIC

**DAVID M. SCHIRTZER**
Notary Public, State of New York
No. 30-4694676
Qualified in Nassau County
Term Expires December 31, 19___

PROCESS SERVER # _0235261_
Appointed in accordance
with State Statutes

STERLING PROCESS SERVICES, INC.
521 South Andrews Ave.
Suite 10
Fort Lauderdale, FL 33301
(954) 467-2088
Our Job Serial Number: 2005005387

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# EXHIBIT A