UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CLERK'S DEFAULT

Case No.: 04-20499-CV-MOORE

RCI-DINNER KEY, INC.,
Plaintiff(s),

v.

PARAMOUNT GLOBAL HOLDINGS, INC.,
Defendant(s).
_______________________________________/

FILED by [signature] D.C.
DKTG
JUN 16 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

It appearing that the defendant herein, **Paramount Global Holdings, Inc.**, is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default hereby entered against defendant Paramount Global Holdings, Inc., as of course, on this date June 16, 2005.

CLARENCE MADDOX
Clerk of the Court
By: [signature]
Deputy Clerk

cc: Hon. K. Michael Moore
Stuart R. Michelson, Esquire
C. Robert Murray, Esquire
Alan Perlman, Esquire
Bryan J. Cohen, Esquire
608 Fifth Avenue, Ste: 300
New York, NY 10020



72