UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 04-CIV-20499-MOORE
MAGISTRATE: O'SULLIVAN

RCI-DINNER KEY, INC., a Florida Corporation,
MIAMI BEACH MARINA ASSOCIATES, LTD., a
Florida Limited Partnership,

    Plaintiffs,

v.

M.V. ""THE ATLANTIC"", f/k/a ""MAX I"", her
boilers, engines, tackle, equipment, freight,
appliances, apparel, appurtenances, etc., *in rem*, and
MLA CRUISES, INC., a Delaware Corporation; and
MAJESTY ENTERPRISES OF FLORIDA, LLC., a
Florida Limited Liability Company,

    Defendants.
_____/

### ORDER GRANTING AMENDED MOTION TO
### ARREST THE VESSEL M/V "THE ATLANTIC"

THIS CAUSE having come before the Court upon Plaintiffs, RCI-DINNER KEY, INC. and MIAMI BEACH MARINA ASSOCIATES, LTD.'s, Amended Motion to Arrest the Vessel M/V "THE ATLANTIC", and the Court having reviewed the record in this case, and being otherwise advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Plaintiffs' Amended Motion to Arrest the Vessel M/V "THE ATLANTIC" be and hereby is GRANTED.

DONE AND ORDERED at Miami-Dade County, Florida this 16 day of June, 2005.

K. ~~MICHAEL MOORE~~ John O'Sullivan
UNITED STATES ~~DISTRICT~~ JUDGE
                MAGISTRATE

Case No. 04-CIV-20499-MOORE

cc: Stuart R. Michelson, Esq.
    Robert Murray, Esq., Jr.,
    Allan J. Perlam, Esq.
    Robert W. Christoph, President (RCI Marine, Inc.)

[lc] W:\66963\ORDER599-Granting Motion to Arrest Vessel.MAG{6/16/5-12:4}