

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 04-CIV-20499-MOORE
MAGISTRATE: O'SULLIVAN

RCI-DINNER KEY, INC., a Florida Corporation,
MIAMI BEACH MARINA ASSOCIATES, LTD., a
Florida Limited Partnership,

       Plaintiffs,

v.

M.V. ""THE ATLANTIC"", f/k/a ""MAX I"", her boilers, engines, tackle, equipment, freight, appliances, apparel, appurtenances, etc., *in rem*, and MLA CRUISES, INC., a Delaware Corporation; and MAJESTY ENTERPRISES OF FLORIDA, LLC., a Florida Limited Liability Company,

       Defendants.
_____/

## WARRANT FOR ARREST IN REM

TO:   THE UNITED STATES MARSHALL
      FOR THE UNITED STATES DISTRICT
      COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

The Complaint in the above-styled action *in rem* proceeding was filed in the Fort Lauderdale Division of this Court on the 3rd day of March, 2004.

In accordance with Supplemental Rule (C) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Defendant vessel, her boats, tackle, apparel and furniture, engines and appurtenances, and to detail the same in your custody pending further order of the Court.

Case No. 04-CIV-20499-MOORE

You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

ORDERED at Miami-Dade County, Florida this 16 day of June, 2005.

CLERK

By: /s/ Herket
Deputy Clerk

---

**Stuart R. Michelson, Esq.**
**Florida Bar No.: 286982**
Law Office of Stuart R. Michelson
Attorney for Plaintiffs
200 S.E. 13th Street
Fort Lauderdale, FL 33316
Tel. (954) 463-6100

## SPECIAL NOTICE

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within ten (10) days after process has been executed, and shall also be required to file an answer within twenty (20) days after the filing of this claim.

Any persons claiming an arrest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

[lc] W:\66963\ORDER261-Warrant for Arresst IN REM.MAG{6/16/5-12:6}