UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case Number:** 04-20499 CV

FILED by MV D.C.
JUN 29 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

RCI-DINNER KEY, INC. AND MIAMI BEACH MARINA ASSOCIATES, LTD.
Plaintiff

V.

M.V. THE ATLANTIC, MB CRUISES, LLC., MLA CRUISES, INC., SOUTHEAST CRUISE HOLDINGS, LLC. AND BRADFORD MARINE, INC.
Defendant

## NOTICE OF RIGHT TO CONSENT TO DISPOSITION OF A CIVIL CASE BY A UNITED STATES MAGISTRATE JUDGE - CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c), the undersigned parties voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in the case, including the trial and order the entry of final judgement.

| Signature | Date |
| --- | --- |
| [signature] Stuart R. Michelson | 6-16-05 |
| | |
| | |

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to the Honorable John J. O'Sullivan, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

06.29.05
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY THE UNITED STATES MAGISTRATE JUDGE.

80/MH

LOCATION:305 523 5929 RX TIME 06/16 '05 13:24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 04-CIV-20499-MOORE
MAGISTRATE: O'SULLIVAN

RCI-DINNER KEY, INC., a Florida Corporation, MIAMI BEACH MARINA ASSOCIATES, LTD., a Florida Limited Partnership,

Plaintiff,

v.

M.V. “"THE ATLANTIC"“, f/k/a “"MAX I"“, her boilers, engines, tackle, equipment, freight, appliances, apparel, appurtenances, etc., *in rem*, and MLA CRUISES, INC., a Delaware Corporation; and MAJESTY ENTERPRISES OF FLORIDA, LLC., a Florida Limited Liability Company,

Defendants.

_______________________________________/

**NOTICE OR RIGHT TO CONSENT TO DISPOSITION OF CIVIL CASE BY A UNITED STATED MAGISTRATE JUDGE - CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. 636(c), the undersigned parties voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in the case, including the trial and order the entry of final judgement.

Signature ______________________ Date 6/29/05

______________________ ______________________

______________________ ______________________

Case No. 04-CIV-20499-MOORE

**ORDER OF REFERENCE**

**IT IS HEREBY ORDERED** that this case be referred to the Honorable John J. O'Sullivan, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

6/29/05
Date

K. M. Moore
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY THE UNITED STATES MAGISTRATE JUDGE.

[lc] W:\66963\NOTIC753-of Right to Consent.ARK{6/29/5-13:51}