UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AT LAW AND IN ADMIRALTY

Case No.: 04-20499
CIV-MOORE
MAGISTRATE: O'SULLIVAN

RCI-DINNER KEY, INC. a Florida
corporation, et al.

       Plaintiffs,

v.

M.V. "THE ATLANTIC", f/k/a "MAX I",
her boilers, engines, tackle, equipment,
freight, appliances, apparel, appurtenances,
etc., In Rem,

and

MLA CRUISES, INC., a Delaware
Corporation, et al.

       Defendants.
_____/

FILED by AMD D.C.
MAG. SEC.

JUN 30 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.  MIAMI

## **FINAL JUDGMENT**

    This cause came before the Court upon Plaintiffs' Motion for Entry of Final Judgment. The Court has considered the Motion and portions of the record and is otherwise fully advised in the premises. An In Rem judgment is being entered against M.V. Atlantic pursuant to a certain settlement agreement filed with the Court this day, the terms of which settlement are deemed reasonable and are

1



*RCI Dinner Key, Inc. et al. v. M.V. The Atlantic*, et. al.
USDC Case No.: 04-20499

hereby approved and adopted. The Court further determines that the parties thereto had requisite authority to enter into said Settlement Agreement.

A Default has been entered against Defendant BISCAYNE TOWING & STORAGE, INC. and against Defendant PARAMOUNT GLOBAL HOLDINGS, INC. Counsel for the Plaintiff filed a sworn statement with the Court as to the amount due from Defendant M/V "THE ATLANTIC."

Accordingly, it is hereby ordered and adjudged that the Motion for Final Judgement is granted. The Settlement Agreement is approved in all respects. Judgment is hereby entered in favor of Plaintiffs, RCI MARINE INC. and MIAMI BEACH MARINA ASSOCIATES, LTD, and against Defendant M/V "THE ATLANTIC," Official Number 634676, here boilers, engines, tackle, equipment, freight, appliances, apparel, appurtenances, etc., In Rem only. It is further adjudged that Plaintiff shall recover from only the Defendant M/V "THE ATLANTIC" compensatory damages in the amount of $3,647,884.20, costs in the amount of $250.00, for a sum total of $3,648,134.20, for which sum let execution In Rem issue. Except as against the M.V. "The Atlantic," no other relief or execution is authorized. Interest shall accrue on this judgement pursuant to 28 USC Section 1961.

It is further ordered and adjudged that the liens of the Plaintiffs are

*RCI Dinner Key, Inc. et al. v. M.V. The Atlantic*, et. al.
USDC Case No.: 04-20499

declared and adjudged to be superior to the liens of all Defendants. It is also adjudged that the Motion for Sale of Vessel is granted as follows:

a.  The United States Marshall for the Southern District of Florida is hereby authorized and directed to take all necessary steps to sell the Defendant vessel, the M.V. "The Atlantic," within the next 30 days with the U.S. Marshall's expenses being taxes as a cost against the proceeds of the sale. The U.S. Marshall shall advertise and conduct the sale in the normal course.

b.  The substitute custodian shall be permitted to advertise the Defendant vessel for sale in maritime publications of general circulation and, if necessary, to obtain a vessel hull and machinery survey to show potential bidders prior to the sale date for purposes of generating interest in the vessel and increasing the amount that will be bid at auction, all to be taxes as costs of *custodia legis*.

c.  Upon completion of the sale, the U.S. Marshall shall execute a Marshall's Bill of Sale to the successful bidder.

d.  Plaintiffs may jointly bid in the amount of their judgment as cash at the sale to be conducted by the U.S. Marshall. Any amounts bid over and above the amount of this bid by Plaintiffs shall be paid as

*RCI Dinner Key, Inc. et al. v. M.V. The Atlantic*, et. al.
USDC Case No.: 04-20499

any other prospective bidder.

The Court does hereby enter Final Judgment solely against the Defendant Vessel, M.V. "The Atlantic" f/k/a Max I, and execution In Rem shall issue forthwith. All claims by Plaintiffs against Defendants M.B. Cruises, LLC., MLA Cruises, Inc. Majesty Enterprises of Florida, LLC., and Southeast Cruise Holdings, LLC. are hereby dismissed with prejudice. All parties to bear their own fees and costs.

**DONE AND ORDERED** in chambers at Miami-Dade County, Florida on 30 day of JUNE, 2005.

_____
United States District Judge
MAGISTRATE

Copies furnished to:
Stuart M. Michelson, Esquire
Alan Perlman, Esquire
C. Robert Murray, Esquire