## MIAMI DAILY BUSINESS REVIEW
Published Daily except Saturday, Sunday and
Legal Holidays
Miami, Miami-Dade County, Florida

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE:**

Before the undersigned authority personally appeared
O.V. FERBEYRE, who on oath says that he or she is the
SUPERVISOR, Legal Notices of the Miami Daily Business
Review f/k/a Miami Review, a daily (except Saturday, Sunday
and Legal Holidays) newspaper, published at Miami in Miami-Dade
County, Florida; that the attached copy of advertisement,
being a Legal Advertisement of Notice in the matter of

04-20499 CIV-MOORE
UNITED STATES MARSHAL'S SALE
M/V ATLANTIC, F/K/A "MAX 1"

in the  U.S. DISTRICT       Court,
was published in said newspaper in the issues of

07/29/2005 08/05/2005

Affiant further says that the said Miami Daily Business
Review is a newspaper published at Miami in said Miami-Dade
County, Florida and that the said newspaper has heretofore
been continuously published in said Miami-Dade County, Florida,
each day (except Saturday, Sunday and Legal Holidays) and
has been entered as second class mail matter at the post
office in Miami in said Miami-Dade County, Florida, for a period of
one year next preceding the first publication of the attached
copy of advertisement; and affiant further says that he or she has
neither paid nor promised any person, firm or corporation
any discount, rebate, commission or refund for the purpose
of securing this advertisement for publication in the said
newspaper.

Sworn to and subscribed before me this

05   day of AUGUST          , A.D. 2005

(SEAL)

O.V. FERBEYRE personally known to me

Maria I. Mesa
My Commission DD293855
Expires March 04, 2008

**U.S. DEPARTMENT OF JUSTICE UNITED STATES MARSHALS SERVICE NOTICE OF UNITED STATES MARSHAL'S SALE IN ADMIRALTY SOUTHERN DISTRICT OF FLORIDA IN ADMIRALTY NO. 04-20499-CIV-Moore** By virtue of an Order of Sale issued out of the United States District Court for the Southern District of Florida, on the 30th day of June, 2005, notice is hereby given that I will sell by public auction for cashier's or certified check, on Friday, the 12th day of August, 2005, at 12:00 o'clock P.M., at Miami-Dade County Courthouse 73 West Flagler Street, Miami, Florida 33130 on south side of courthouse on the courthouse steps the M/V Atlantic, f/k/a "Max 1", her engines, boilers, machinery, boats, tackle, apparel, appurtenances, and furniture, as she now lies at RCI Marine, Inc. 300 Alton Road, Suite 303, Miami Beach, Florida 33139-POC: Robert Christoph - 305. 764.8380 The successful bidder shall deposit with the U.S. Marshal at the close of the sale, ten percent (10%) of the bid price by cashier's or certified check. The balance must be paid within seventy-two (72) hours after the sale or upon confirmation of the sale by the Court, whichever occurs first. Plaintiff, RCI-Dinner Key, Inc., may bid up to the amount of their judgment as cash at the sale. Failure to pay balance in accordance with the terms of the sale shall result in the forfeiture of the monies deposited. The sale shall comply with all laws of the U.S., including the citizenship requirements of Section 2 of the Shipping Act of 1916, as amended. Judgment amount: $3,848,134.20 INTERESTED INDIVIDUALS MAY CONTACT: STUART MICHELSON (888) 663-6100. Christina Pham, UNITED STATES MARSHAL
7/29 8/5              05-S1-05/5999894M

