OMB APPROVED
2115-0110

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1356 (REV. 9-92) | BILL OF SALE BY GOVERNMENT ENTITY PURSUANT TO COURT ORDER OR ADMINISTRATIVE DECREE OF FORFEITURE | THIS SECTION FOR COAST GUARD USE ONLY |
|---|---|---|

**1. VESSEL NAME**
The Atlantic

**2. OFFICIAL NUMBER OR OTHER UNIQUE IDENTIFIER**
634676

**3. PERSON EXECUTING INSTRUMENT**

NAME: Christina Pharo    TITLE: United States Marshal

NAME AND ADDRESS OF AGENCY REPRESENTED (AND DISTRICT, IF APPLICABLE)
United States Marshals Service-Southern District of Florida
301 North Miami Avenue-Room 205-Miami, Florida 33128-7785

**4. COURT OR FORFEITURE INFORMATION:**

[ ] VESSEL SOLD PURSUANT TO ADMINISTRATIVE FORFEITURE (COPY OF DECREE ATTACHED)

[X] VESSEL SOLD PURSUANT TO COURT ORDER    04-20499-Civ-Moreno

NAME OF COURT: U.S. District Court, Southern District of Florida
TITLE OF ORDER: Final Judgment 6/30/05

RECORDING DATA
BOOK        PAGE
PORT (IF DIFFERENT FROM FILING PORT)

**5. NAME(S) AND ADDRESS(ES) OF BUYER(S) AND INTEREST TRANSFERRED TO EACH:**

RCI Marine, Inc.
300 Alton Road, Suite 303
Miami Beach, FL 33139

**5A. TOTAL INTEREST TRANSFERRED (100% UNLESS OTHERWISE SPECIFIED)** 100 %

**5B. MANNER OF OWNERSHIP.** (CHECK ONLY ONE, IF APPLICABLE). UNLESS OTHERWISE STATED HEREIN, THIS BILL OF SALE CREATES A TENANCY IN COMMON, WITH EACH TENANT OWNING AN EQUAL UNDIVIDED INTEREST.

[ ] JOINT TENANCY WITH RIGHT OF SURVIVORSHIP    [ ] TENANCY BY THE ENTIRETIES    [ ] COMMUNITY PROPERTY

[ ] OTHER (DESCRIBE)

**6. CONSIDERATION RECEIVED:**
(ONE DOLLAR AND OTHER VALUABLE CONSIDERATION UNLESS OTHERWISE STATED)

**7.** BY VIRTUE OF THE AFORESAID COURT ORDER, A COPY OF WHICH IS ATTACHED HERETO, OR DECREE OF ADMINISTRATIVE FORFEITURE ATTACHED HERETO, I DO HEREBY GRANT, BARGAIN, AND SELL THE VESSEL DESCRIBED HEREIN, TOGETHER WITH ITS TACKLE, APPAREL, AND FURNITURE, TO THE BUYER(S) NAMED ABOVE

*/s/ Christina Pharo*

**8. SIGNATURE AND ACKNOWLEDGMENT:**

Christina Pharo, United States Marshal
Southern District of Florida

ON October 3, 2005 THE PERSON(S) NAMED ABOVE ACKNOWLEDGED EXECUTION OF THE FOREGOING INSTRUMENT IN THEIR STATED CAPACITY(IES) FOR THE PURPOSE THEREIN CONTAINED.

STATE: Florida
COUNTY: Dade

NOTARY PUBLIC: /s/ Donna F Gelish

MY COMMISSION EXPIRES:

OFFICIAL NOTARY SEAL
DONNA F GELISH
COMMISSION NUMBER
DD132557
MY COMMISSION EXPIRES
JULY 16, 2006

PREVIOUS EDITION OBSOLETE    SN 7530-00-F01-1070

Date: 10/3/05